THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Appellant,
 
 
 

v.

 
 
 
 Crystal McAbee, Respondent.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Circuit Court Judge
Unpublished Opinion No. 2008-UP-154
Heard February 2, 2008  Filed March 11,
 2008   
AFFIRMED

 
 
 
 John Benjamin Aplin, of Columbia, for
 Appellant.
 Appellate Defender Kathrine H. Hudgins, of Columbia; and Karen M.
 Quimby, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  The
 State appeals the circuit courts order finding additional conditions of
 probation imposed by the Department of Probation, Parole and Pardon Services
 (the Department) were invalid and unenforceable because the imposition of
 conditions would violate the doctrine of separation of powers.  We affirm
 pursuant to Rule 220(b), SCACR, and the following authority:  State v.
 Stevens, 373 S.C. 595, 598, 646 S.E.2d 870, 871-72 (2007) (stating the
 Department may not add conditions of probation on probationers because it would
 violate the separation of powers doctrine).  We do not address whether the
 conditions of probation added by the Department qualify as conditions of
 supervision which enhance the judicially imposed conditions because this issue
 was not raised at the trial court level.  State v. Hamilton, 333 S.C.
 642, 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (explaining that an issue must be
 raised to and ruled upon by the trial court judge to be preserved for appellate
 review).  
AFFIRMED.
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.